UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
FRESNO DIVISION

| | |
|---|---|
| BMO HARRIS BANK N.A., a national banking association,<br><br>Plaintiff,<br><br>vs.<br><br>BILLAN-PAHAL CORPORATION, et al.,<br><br>Defendants. | No.: 1:19-cv-00140-DAD-EPG<br><br>**ORDER GRANTING MOTION TO APPROVE FILING OF AMENDED COMPLAINT NUNC PRO TUNC**<br><br>(ECF No. 7) |

Before the Court is Plaintiff BMO Harris Bank N.A.'s Motion to Approve Filing of Amended Complaint *Nunc Pro Tunc*. (ECF No. 7.) The Court, having reviewed the relief requested and the record in this case, which demonstrates that no defendant has yet entered an appearance or filed a responsive pleading, finds good cause for granting the motion. Accordingly,

IT IS ORDERED that the Motion to Approve Filing of Amended Complaint *Nunc Pro Tunc* (ECF No. 7) is GRANTED. The filing of the First Amended Complaint (ECF No. 5) is approved.

IT IS SO ORDERED.

Dated: **March 27, 2019**          /s/ Erica P. Grosjean
                                              UNITED STATES MAGISTRATE JUDGE