# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BMO HARRIS BANK, N.A., <br><br> Plaintiff, <br><br> v. <br><br> BILLAN-PAHAL CORPORATION, et al., <br><br> Defendants. | Case No. 1:19-cv-00140-DAD-EPG <br><br> ORDER RE: NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANTS GURDEEP BILLAN, RANJODH BILLAN, AND BILLAN-PAHAL CORPORATION WITHOUT PREJUDICE <br><br> (ECF No. 19) |

On November 8, 2019, Plaintiff, BMO Harris Bank, N.A., filed a notice of voluntary dismissal without prejudice of Defendants Gurdeep Billan, Ranjodh Billan, and Billan-Pahal Corporation. (ECF No. 19.) Defendants Gurdeep Billan, Ranjodh Billan, and Billan-Pahal Corporation have not filed either an answer or a motion for summary judgment. Accordingly, in light of the notice, the case against Defendants Gurdeep Billan, Ranjodh Billan, and Billan-Pahal Corporation has ended and they are dismissed from this action without prejudice. *See* Fed. R. Civ. P. 41(a)(1)(A); *Wilson v. City of San Jose*, 111 F.3d 688, 692 (9th Cir. 1997). The Clerk of the Court is respectfully directed to designate on the docket that Defendants Gurdeep Billan, Ranjodh Billan, and Billan-Pahal Corporation have been terminated from this action as of the date this order is entered.

IT IS SO ORDERED.

Dated: **November 13, 2019**

/s/ Erica P. Grosjean

UNITED STATES MAGISTRATE JUDGE

1