**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| BMO HARRIS BANK, N.A.,<br>            Plaintiff,<br>v.<br><br>BHAJNO PAHAL,<br>            Defendant. | **Case No. 1:19-cv-00140-DAD-EPG**<br><br>**ORDER DISCHARGING ORDER TO SHOW CAUSE AND RESETTING SCHEDULING CONFERENCE**<br><br>**(ECF No. 40)** |

      On June 29, 2020, the Court issued an order to show cause requiring Defendant, Bhajno Pahal,[1] to show cause why sanctions, up to and including entry of judgment against her, should not be issued for her failure to appear at the mandatory scheduling conference. (ECF No. 40.)

      On July 13, 2020, Defendant's counsel, filed a letter in response to the OSC stating that he has no record of receiving notice of the continued scheduling conference. (ECF No. 41.) He further goes on to explain that his assistant has been out sick with COVID-19 for an extended period of time and just returned to the office on July 13, 2020. (*Id.*) Defendant's counsel asks that the Court set another scheduling conference so that Defendant's counsel can appear on behalf of Defendant and apologizes for any inconvenience the situation has caused. (*Id.*)

      In light of the explanation provided by Defendant's counsel, the confusion that has

---

[1] Plaintiff previously voluntarily dismissed the remaining defendants, Bilan-Pahal Corporation, Gurdeep Billan, and Ranjodh Bilan. (*See* ECF Nos. 19, 23.)

1

surrounded this case from early on regarding the proper parties and which of the defendants that Defendant's counsel was representing, and the unusual circumstances of the COVID-19 crisis, which has apparently impacted Defendant's counsel's staff, the Court will discharge the order to show cause and reset the matter for a scheduling conference. However, the Court notes that Defendant's counsel is responsible for becoming familiar with the Court's orders issued in this case, even those entered prior to counsel's appearance on behalf of Defendant, and any applicable deadlines, dates, or other requirements set forth in those orders.

IT IS ORDERED that the order to show cause (ECF No. 32) is DISCHARGED. The scheduling conference is reset to **August 26, 2020, at 9:30 a.m.**, in Courtroom 10 (EPG) before Magistrate Judge Erica P. Grosjean. The Court grants telephonic appearances, with each party wishing to so appear directed to use the following dial-in number and passcode: 1-888-251-2909; passcode 1024453.

IT IS SO ORDERED.

Dated:   **July 14, 2020**                                   /s/ *Erica P. Grosjean*
                                                                                UNITED STATES MAGISTRATE JUDGE