UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BMO HARRIS BANK, N.A.,<br><br>Plaintiff,<br><br>v.<br><br>BILLAN-PAHAL CORPORATION, et al.,<br><br>Defendants. | No. 1:19-cv-00140-DAD-EPG<br><br>ORDER SETTING MOTION HEARING ON PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT<br><br>(Doc. No. 53) |

On March 26, 2019, plaintiff filed the operative first amended complaint ("FAC") in this action, with an amended exhibit thereto filed on October 2, 2019. (Doc. Nos. 5, 18.) On March 25, 2021, plaintiff filed a motion for summary judgment against the only remaining defendant in this action, Bhanjo Pahal, and set the motion for hearing on June 15, 2021. (Doc. No. 53.) Pursuant to General Order No. 617 addressing the public health emergency posed by the COVID-19 pandemic, plaintiff's motion was taken under submission on the papers; however, the court expressly instructed the parties that "the hearing date selected by the movant will continue to govern the deadlines for opposition and reply briefs pursuant to Local Rule 230(c)." (Doc. No 58.) Nonetheless, counsel on behalf of defendant Bhanjo Pahal failed to file an opposition or statement of non-opposition to the motion for summary judgment in compliance with Local Rule
/////

1

230(c), which at that time required that any opposition or statement of non-opposition be filed and served not less than fourteen days preceding the noticed (or continued) hearing date.[1]

The court has now determined, in large part due to counsel for defendant failing to file an opposition or notice of non-opposition, that it will set plaintiff's motion for summary judgment for hearing on April 12, 2022 at 10:30 a.m. via Zoom before District Judge Dale A. Drozd. Parties will receive a Zoom ID number and password for the hearing by email.[2]  Counsel for both parties, including defense counsel Nathan Miller, are ordered to appear at the hearing on the pending motion.  Attorney Miller is further advised that he shall be prepared to address at the hearing why he has failed to file an opposition or statement of non-opposition to plaintiff's motion for summary judgment as is required by Local Rule 230(c) and whether his client has been advised of his failure to respond to the pending motion.[3]

IT IS SO ORDERED.

Dated:  **April 4, 2022**

_____
UNITED STATES DISTRICT JUDGE

---

[1]  The Local Rules were recently amended.  Local Rule 230(c) now requires that a statement of opposition or non-opposition be filed no later than fourteen days after the motion was filed.

[2]  Any other interested parties or members of the public may access the hearing telephonically by dialing 877-402-9757, access code 6966236 at the time of the hearing set by this order.

[3]  The court notes that attorney Miller has failed to appear at prior appearances in this case.  (*See* Doc. Nos. 31, 39, 52.)  Attorney Miller is reminded that Magistrate Judge Erica P. Grosjean has cautioned him that the court "reserves the right to impose sanctions in the future if Defendant fails to appear or otherwise fails to follow a court order."  (Doc. No. 52.)  That same warning applies to this order specifically requiring his appearance before the court on April 12, 2022 at 10:30 a.m. via Zoom.